Respondent, v. PARKER VENTILATION COMPANY, INC., and Others, Appellants.—
Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly,
P. J., Manning, Kelby, Young and Kapper, JJ., concur.

SAMUEL ZIERLER, Respondent, v. ALBERT C. FACH, Appellant.— Order affirmed,
with ten dollars costs and disbursements. We think that under the facts pleaded
it is a question for the jury to determine whether the words used held the plaintiff
up to scorn and contempt. (*Morrison* v. *Smith,* 177 N. Y. 366, 369; *Sander on*
v. *Caldwell,* 45 id. 398, 401.) Jaycox, Manning, Kelby, Young and Kapper, JJ.,
concur.

EMIL BOLL, Respondent, v. OTTO MUHLBAUER and Another, etc., Appellants.—
Motion for leave to appeal to the Court of Appeals denied. Motion for stay of
thirty days granted to enable appellants to apply to the Court of Appeals.
Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

LEO P. BYK and Another, etc., Respondents, v. RICHARD E. ENRIGHT, as
Police Commissioner of the Police Department of the City of New York, and
Others, Appellants.— Motion to suspend operation of injunction pending appeal
granted. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

ABNER M. HALL, Appellant, v. BROOKLYN EDISON COMPANY, INC., and
Another, Respondents.— Motion for stay denied. Present — Kelly, P. J., Rich,
Manning, Kelby and Young, JJ.

WILLIAM HINCHMAN, Respondent, v. MARCUS LOEW, Appellant.— Motion for
stay granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of WILLIAM E. KELLY, County Clerk of Kings
County, for an Order Directing the County Clerk to Destroy Certain Papers,
Books and Records in His Office.— Matter referred to the Hon. Edward B.
Thomas, as official referee, to take proof and report thereon to this court. Pres-
ent — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Petition of ALLEN J. McDONALD and MARY I. McDONALD,
to Render and Settle Their Accounts as Administrators, etc., of MARGARET M.
EASTON, etc., Deceased.— Motion to dismiss appeal denied on condition that
appellants perfect the appeal for the May, 1924, term (for which term this case is
set down) and be ready for argument when reached; otherwise, motion granted, with
ten dollars costs. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Judicial Settlement of the Account of MARIE WELLBROCK
and Another, as Executors, etc., of HERMAN WELLBROCK, Deceased.— Motion
to dismiss appeal denied on condition that appellants perfect the appeal for the
May, 1924, term (for which term this case is set down) and be ready for argument
when reached; otherwise, motion granted, with ten dollars costs. Present —
Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

EDITH L. JUST, Respondent, v. MAX KRIMSKY, Appellant.— Motion for rear-
gument cr for leave to appeal to the Court of Appeals denied. Present — Kelly,
P. J., Rich, Manning, Kelby and Young, JJ.

ALBERT LEVY and Others, Copartners, etc., Respondents, v. NICOLA CARBONE
and Another, etc., Appellants.— Motion to dismiss appeal denied on condition
that appellants pay ten dollars costs within five days, perfect the appeal for the
May, 1924, term (for which term this case is set down and be ready for argument
when reached; otherwise, motion granted, with ten dollars costs. Present —
Kelly, P. J., Rich, Manning, Kelby and Young, JJ.